# THE PARKER LAW GROUP P.C.

28 VALLEY ROAD
MONTCLAIR, NEW JERSEY 07042
PHONE: 347-292-9042
ghp@parkerlawusa.com

June 22, 2026

**MEMO ENDORSED**

Via ECF
The Honorable Edgardo Ramos
United States District Judge
Southern District of New York

**Re:**    *Alejandro Courtney v. 225 Broadway Company, L.P. and Metropolitan Dental Associates, D.D.S. - 225 Broadway, P.C.*

**Docket No. 1:25-cv-08827 (ER) (RWL)**

Dear Judge Ramos:

We represent the plaintiff in the above-entitled action.  The parties are saddened to report that David Wims, Esq. (counsel for defendant Metropolitan Dental Associates, D.D.S. - 225 Broadway, P.C.) has died.  We learned of his passing this morning immediately before the SDNY Mediation that was scheduled to commence today.  Accordingly, Plaintiff and Defendant 225 Broadway Company, L.P. jointly respectfully ask the Court to stay this action for sixty (60) days to allow new counsel to appear. Thank you for your time and attention to this matter.  With kindest regards, I am

very truly yours,

Glen H. Parker, Esq.

The request is granted.  The case is stayed until August 21, 2026.
New counsel for Metropolitan Dental Associates, D.D.S. - 225
Broadway P.C. should file an appearance by August 21, 2026.

SO ORDERED.

Edgardo Ramos, U.S.D.J.
Dated: June 22, 2026
New York, New York